No. 02–7710. BROMWELL v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 02–7711. SANCHEZ-MILAM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7713. WILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7715. LEVERTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7718. HERNANDEZ-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7721. MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7723. GUILLERMO RESTREPO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7724. SIMS v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–7725. SOLANO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7731. ALEJANDRO CARMONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7732. CHANEY v. UNITED STATES POSTAL SERVICE. C. A. 7th Cir. Certiorari denied.